**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 509 WAL 2014
                                                                  :
                               Respondent          :
                                                                  : Petition for Allowance of Appeal from the
                                                                  : Order of the Superior Court
                               v.                      :
                                                                  :
                                                                  :
                                                                  :
ANTWAIN OLIVER,                              :
                                                                  :
                               Petitioner            :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 16th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.